**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DOROTHY L. BANNER, | : | No. 80 MM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| UNEMPLOYMENT COMPENSATION | : | |
| BOARD OF REVIEW, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 22nd day of July, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.

 Justice Mundy did not participate in the consideration or decision of this matter.